# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-06413-SVW-MRW | Date | September 19, 2017 |
| Title | *Christina Lopez v. Southern California Edison Company et al* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE RE JURISDICTION [1]

    The Court questions whether it has subject-matter jurisdiction over this matter or any related matters. The Court orders Defendants and Plaintiff to SHOW CAUSE and clearly articulate how this Court has jurisdiction and why the case should not be remanded to state court. The amount-in-controversy is stated in a conclusory manner without any showing as to how that number was reached. There is no diversity on the face of the complaint because Defendant Sunnova is a California corporation and Plaintiff is a California resident.

    Defendants have 7 days to comply with this order and set forth reasons why this Court has subject-matter jurisdiction of this case. No hearing is scheduled for this order. If Defendants fail to timely respond to this order, the case will be dismissed. Plaintiffs are required to respond within 7 days of Defendants' filing, either showing why the case should be remanded or why the case should remain. To the extent that Defendants claim fraudulent joinder, any arguments regarding fraudulent joinder should be addressed by both parties in their responses to the order to show cause.

:

Initials of Preparer

PMC